No. 473. In re William V. Bradley. October 26, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted and an order is entered admitting the petitioner to bail. *Mr. Thomas D. McBride* for petitioner. *Assistant Solicitor General Cox* and *Mr. Archibald Cox* for the United States.

No. 426. Floyd *v.* Du Bois Soap Co. *See ante,* p. 596.

No. 11, Original. Wells *v.* United States. November 9, 1942. The motion for leave to proceed *in forma pauperis* is granted. The motion for leave to file petition for writ of certiorari is granted and the petition for writ of certiorari is also granted. The Court directs that the expense of printing the record be paid by the United States, pursuant to 28 U. S. C., § 832. *Selvie Winfield Wells, pro se.*

No. 422. Mandeville, Trustee, et al. *v.* Canterbury. November 9, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Miss Corinne L. Rice* for petitioners. *Mr. Lloyd C. Whitman* for respondent.